IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 5:08-cr-5-RS-GRJ

KARRIECE QUONTREL DAVIS,

_____/

**O R D E R**

This case is before the Court on Doc. 202, Defendant's *pro se* Motion To Vacate, Set Aside, Or Correct Sentence pursuant to 28 U.S.C. § 2255, in which Defendant asserts 68 enumerated grounds for relief.  On November 3, 2011, the Court ordered the Government to respond to the motion by January 2, 2012.[1]  Doc. 204.  On November 28, 2011, the Defendant filed Doc. 207, a motion to amend his motion to vacate, in which Defendant elaborates on some earlier claims but also seeks to add others.  As of the date of this Order, the Government has not filed a response to the original motion to vacate, nor has the Government responded to Defendant's motion to amend.

Accordingly, it is **ORDERED:**

That the Government shall show cause as to why it has not responded to the motion to vacate, and shall respond to the motion to amend, **on or before January 18, 2012.**  In view of the large number of claims asserted, the Court will afford the Government an extension of time to respond, upon the filing of an appropriate motion.

**DONE AND ORDERED** this 4th day of January 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] Because Monday, January 2, 2012, was a federal holiday, the Government's response would have been due on Tuesday, January 3.