IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 5:08-cr-5-RS-GRJ
                                       5:11-cv-353-RS-GRJ

KARRIECE Q. DAVIS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 291). I have reviewed the report and recommendation *de novo*. I have also reviewed Defendant's Objections (Docs. 295, 296, 297), even though the objections were not timely filed. Having considered the objections to the Magistrate Judge's recommendations on grounds 1, 2, 72, 30, 4, 29, 34, 35, 36, 52, 53, 59, 22, 17, 55, 50, and 70, I agree with the Magistrate Judge's recommendations in their entirety and reject Defendant's arguments that the recommendations are in error.

    IT IS ORDERED:

        1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

        2. The Motion by a Person in Federal Custody to Vacate, Set Aside, or Correct Sentence under U.S.C. § 2255 (Doc. 202) is **DENIED**.

        3. A certificate of appealability is **DENIED**.

    4.   The Clerk is directed to close this case.

**ORDERED** on March 6, 2015.

                                          <u>/S/ Richard Smoak</u>
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**