IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                              Case No:   5:08cr5-MW
                                                                USM No.  06820-017

KARRIECE QUONTREL DAVIS,

     Defendant.

_____/

## AMENDED ORDER REDUCING SENTENCE

Defendant moves for a sentence reduction under United States Sentencing Guidelines Amendment 782.  ECF No. 290.   While the Government agrees that Defendant is eligible for a sentencing reduction under Amendment 782, it opposes any reduction.  ECF No. 314.

Amendment 782 reduced the base offense level for most drug offenses.  A district court may reduce the sentence of a defendant "who has been sentenced to a term of imprisonment *based on a sentencing range that has subsequently been lowered by the Sentencing Commission.*"   18 U.S.C. § 3582(c)(2) (emphasis added).

At the original sentencing, this Court determined that Defendant scored 120 to 150 months, with a minimum mandatory sentence of 10 years.  This Court imposed a sentence of 150 months.   Under Amendment 782, Defendant now

scores 120 to 125 months. Stated otherwise, Defendant's sentencing range has been lowered by the Sentencing Commission and thus this Court determines he is eligible for a sentencing reduction. With that said, this Court is not obliged to either deny the motion or reduce the sentence to the lowest possible sentence.

Having determined Defendant is eligible for a sentence reduction under Amendment 782 and considered the sentencing factors set forth in 18 U.S.C. § 3553(a),

**IT IS ORDERED:**

Defendant's motion for sentence reduction, ECF No. 290, is **GRANTED**. Defendant's previously imposed sentence of imprisonment is **reduced** from 150 months to **144** months, or time served whichever is greater, but in no event shall he be released prior to November 1, 2015. In all other respects, the sentence remains unchanged.

**SO ORDERED on July 23, 2015.**

s/Mark E. Walker
**United States District Judge**