IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 5:08cr5-MW
USM No. 06820-017

KARRIECE QUONTREL DAVIS,

    Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Defendant has filed his pro se Reply to the Government's Opposition to Defendant's Motion for Sentence Reduction Pursuant to Amendment 782, ECF No. 317, which this Court shall treat as a motion for reconsideration. This Court entered its Amended Order Reducing Sentence to 144 months on July 23, 2015, ECF No. 316, after considering Defendant's motion for sentence reduction pursuant to Amendment 782, and the amendment thereto, ECF Nos. 289 and 290, along with the Government's response to Defendant's motion, ECF No. 314. Defendant's motion for reconsideration is **DENIED**.

SO ORDERED on July 29, 2015.

                                                   s/Mark E. Walker  
                                                 **United States District Judge**